# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

DAVID J. THOMPSON,

      **Plaintiff,**

v.                                              Case No. 25-CV-875

CPT KUEHL, *et al.*,

      **Defendants.**

---

## ORDER

---

      Plaintiff David J. Thompson, who is confined at Waupun Correctional Institution and representing himself, filed a complaint under 42 U.S.C. § 1983 alleging that the defendant violated his constitutional rights. (ECF No. 1.) On October 8, 2025, the court screened Thompson's complaint and, because the complaint was incomplete, could not determine whether Thompson stated a claim upon which relief may be granted. (ECF No. 7.) The court gave Thompson an opportunity to file by November 10, 2025, an amended complaint that is complete in and of itself without reference to the original complaint. The court informed Thompson that the failure to file an amended complaint by this deadline would result in the dismissal of his case. Thompson did not file an amended complaint by the deadline. As such, the court will dismiss his case.

      **IT IS THEREFORE ORDERED** that this case is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) because the complaint fails to state a claim.

**IT IS FURTHER ORDERED** that the Clerk of Court document that this inmate has incurred a "strike" under 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

This order and the judgment to follow are final. A dissatisfied party may appeal this court's decision to the Court of Appeals for the Seventh Circuit by filing in this court a notice of appeal within thirty days of the entry of judgment. *See* Fed. R. of App. P. 3, 4. This court may extend this deadline if a party timely requests an extension and shows good cause or excusable neglect for not being able to meet the thirty-day deadline. *See* Fed. R. App. P. 4(a)(5)(A).

Under limited circumstances, a party may ask this court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within twenty-eight days of the entry of judgment. The court cannot extend this deadline. *See* Fed. R. Civ P. 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a reasonable time, generally no more than one year after the entry of the judgment. The court cannot extend this deadline. *See* Fed. R. Civ. P. 6(b)(2).

A party is expected to closely review all applicable rules and determine what, if any, further action is appropriate in a case.

Dated at Milwaukee, Wisconsin this 9th day of December, 2025.

BY THE COURT

*William E. Duffin*
WILLIAM E. DUFFIN
United States Magistrate Judge